JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.G.Q.O., *a minor*, *by and through Guardian Ad Litem Ana Rosa Olivares Santiago*,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | No. 5:25-cv-02171-WLH-SK<br><br>~~[PROPOSED]~~ **JUDGMENT** |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: July 31, 2026

HON. STEVE KIM
United States Magistrate Judge